IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perkins, Mamie A

Printed: 6/24/08

Case Number: 07 B 23394
Judge: Squires, John H
Filed: 12/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 820.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 450.00 | 0.00 |
| 6. | Deutsche Bank National Trustee | Secured | 26,454.63 | 0.00 |
| 7. | Great American Finance Company | Unsecured | 24.21 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 34.75 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 186.58 | 0.00 |
| 11. | Nissan Motor Credit Corp | Unsecured | 119.23 | 0.00 |
| 12. | Calvary Portfolio Services | Unsecured | 56.78 | 0.00 |
| 13. | JP Morgan Chase Bank | Unsecured | 514.91 | 0.00 |
| 14. | CB USA Sears | Unsecured |  | No Claim Filed |
| 15. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 16. | Illiana Financial Credit Union | Unsecured |  | No Claim Filed |
| 17. | Nicor Gas | Unsecured |  | No Claim Filed |
| 18. | SBC | Unsecured |  | No Claim Filed |
| 19. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 20. | Sherwin Williams Emp CU | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,686.09 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Perkins, Mamie A

Printed: 6/24/08

Case Number:  07 B 23394
Judge:  Squires, John H
Filed:  12/13/07

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____